GERALD L. MARCUS, ESQ., SBN: 128384
Email: geraldmarcuslaw@aol.com
T. VINCENT CONSOLO, ESQ., SBN: 245230
Email: v.consolo@injurynetwork.org
LAW OFFICES OF GERALD L. MARCUS
24025 Park Sorrento, Suite 430
Calabasas, CA 91302
Telephone: (818) 784-8544
Facsimile: (818) 784-5970
File No: 12732

Attorneys for Plaintiff, Sierra Montana Smith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO

| | |
|---|---|
| Sierra Montana Smith;<br><br>Plaintiffs,<br><br>vs.<br><br>William Ramirez Velazquez, an individual; United States Border Patrol, a federal agency; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. **'23CV0042 JLS  DDL**<br>[Civil Unlimited]<br><br>**COMPLAINT FOR DAMAGES PURSUANT TO VIOLATION OF C.F.R. TITLE 36 §4.3 AND C.F.R. TITLE 36 § 4.22**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Sierra Montana Smith, alleges:

### Jurisdiction

1) That this court has jurisdiction under C.F.R. TITLE 36 § 4.3 AND C.F.R. TITLE 36 § 4.22. Federal question jurisdiction arises pursuant to U.S.C. § 1983.

### Venue

2) Venue is proper pursuant to 28 U.S.C. §1391 because the events giving rise to this complaint happened in the district.

### Parties

3) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned Defendants, and each of them, were the agents and employees of their Co-Defendants, and in doing the things herein mentioned were acting

1

COMPLAINT FOR DAMAGES

in the course and scope of their authority as such agents and employees and with the permission and consent of their Co-Defendants and each of them.

4) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, William Ramirez Velazquez, was and now is a corporation, limited partnership or a partnership, duly organized and existing under, and by virtue of the laws of the State of California and is doing business in the state of California, with its principal place of business located at 1320 Via Terraza #113, in the County of San Diego, State of California.

5) That Plaintiff is informed and believes and upon such information and belief alleges, that at all times herein mentioned, Defendant, United States Border Patrol, a federal agency, was and now is by virtue of the laws of the State of California and is doing business in the state of California, with its principal place of business located at 7560 Britannia Court, County of San Deigo, State of California.

### Statement of Facts

6) That at all times herein mentioned, Plaintiff was an occupant of a vehicle traveling on the Interstate 805 northbound near University Avenue, in the City of San Diego, County of San Diego, State of California.

7) That Plaintiff is informed and believes and upon such information and belief, alleges that at all times herein mentioned, Defendants, and each of them, owned, operated, leased, repaired, modified, maintained and controlled a certain vehicle which was being driven on a public roadway in the County of San Diego, State of California.

8) That on or about January 11, 2022, Defendant, William Ramirez Velazquez; and DOES 1-100, inclusive, recklessly, carelessly and negligently owned, possessed, operated, leased, repaired, modified, maintained, or controlled their vehicle so as to cause it to collide with Plaintiff's vehicle, in which Plaintiff was an occupant, thereby causing injury and damages to Plaintiff as set forth herein.

9) That at said time and place, Defendant, United States Border Patrol, a federal agency; and DOES 1-100, inclusive, recklessly, carelessly and negligently owned, possessed,

operated, leased, repaired, modified, maintained, or controlled their vehicle in the course and scope of their employment, without regard for the safety of persons and property, and in active pursuit of the vehicle being operated by Defendant, William Ramirez Velazquez, causing Defendant's vehicle to collide with Plaintiff's vehicle, in which Plaintiff was an occupant, thereby causing injury and damages to Plaintiff as set forth herein.

10) That Defendants, and each of them, negligently entrusted the vehicle which is the subject of this Complaint to Defendant, William Ramirez Velazquez, and DOES 1 through 5, inclusive.

11) That Defendants, and each of them, negligently entrusted the vehicle which is the subject of this Complaint to Defendant, JOHN DOE, an employee of Defendant, United States Border Patrol, and DOES 6 through 10, inclusive.

12) That on or about January 11, 2022, Defendant, United States Border Patrol, a federal agency; and DOES 1-100, inclusive, is liable for injury proximately caused by an act or omission of an employee of the federal employee within the scope of his employment if the act or omission would, apart from this section, have given rise to a cause of action against that employee or his personal representative.

13) As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was injured in her health, strength and activity, sustaining bodily injury and shock and injury to her nervous systems, which has caused, and will cause, great mental and physical pain and suffering, all to Plaintiff's general damage in a sum within the jurisdiction of the Superior Court according to proof at the time of trial.

14) That Defendant's, and each of them violated and breached all relevant and applicable ordinances, codes, statutes, and laws that were enacted for the purpose of protecting Plaintiffs herein, and the class of people of which Plaintiffs herein was a member.

15) As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiffs have incurred, and will incur medical and related expenses in a sum according to proof at the time of trial.

## Claims

### Vehicular Negligence

### Violation of Vehicles and Traffic Safety: C.F.R. Title 36 § 4.3 AND C.F.R. Title 36 § 4.22

16) Plaintiff refers to and repeats and every paragraph contained within the complaint, specifically paragraphs 1 through 15, inclusive and incorporates same herein as though fully set forth verbatim.

17) That at said time and place described above in Paragraph 9, Defendant, United States Border Patrol, a federal agency, operated their emergency vehicle in an unsafe manner without regard for the safety of persons and property, causing damages to Plaintiff and thereby entitling Plaintiff to recover damages pursuant to U.S.C. § 1983.

### Request for relief

Wherefore, the plaintiff requests:

18) Compensatory damages, including general and special damages, in the amount of $250,000.00, according to proof;

19) For medical and related expenses in a sum according to proof at the time of trial;

20) For loss of income and earning capacity in a sum according to proof at the time of trial;

21) For costs of suit incurred herein; and,

22) Any further relief which the court may deem appropriate.

### Demand for Jury Trial

23) Plaintiff hereby request a jury trial on all issued raised in this complaint.

DATED: January 10, 2023

LAW OFFICES OF GERALD L. MARCUS

By: _____
GERALD L. MARCUS, ESQ.
T. VINCENT CONSOLO, ESQ.
Attorneys for Plaintiff,
Sierra Montana Smith